BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEDRA ROSS** ) | **Case No.  CIV 09-1742 CMK** |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to April 23, 2010.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: February 9, 2010                    /s/Bess M. Brewer
                                           BESS M. BREWER
                                           Attorney at Law

                                           Attorney for Plaintiff


Dated:February 9, 2010                     Benjamin G. Wagner

                                           United States Attorney

                                           /s/ Mike Cabotaje
                                           MIKE CABOTAJE

                                           Special Assistant U.S. Attorney
                                           Social Security Administration

                                           Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


DATED: February 10, 2010


                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE