BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEDRA ROSS**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>　　　　　**Defendant.** | Case No.  CIV 09-1742 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to April 23, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: February 9, 2010                 */s/Bess M. Brewer*
                                        BESS M. BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff


Dated: February 9, 2010                 Benjamin G. Wagner

                                        United States Attorney

                                        */s/ Mike Cabotaje*
                                        MIKE CABOTAJE
                                        Special Assistant U.S. Attorney
                                        Social Security Administration

                                        Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: February 10, 2010

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

2