1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEDRA ROSS** | Case No. CIV 09-1742 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 23, 2010, to June 11, 2010. Defendant's briefing schedule will be adjusted accordingly. This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: April 22, 2010              */s/Bess M. Brewer*
                                   BESS M. BREWER
                                   Attorney at Law

                                   Attorney for Plaintiff


Dated: April 22, 2010              Benjamin B. Wagner

                                   United States Attorney

                                   /s/ *Michael Cabotaje*
                                   MICHAEL CABOTAJE
                                   Special Assistant U.S. Attorney
                                   Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED: April 30, 2010

                                   _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE

2