| | |
|---|---|
| 1 | BESS M. BREWER, #100364 |
|  | LAW OFFICE OF |
| 2 | BESS M. BREWER & ASSOCIATES |
|  | P.O. Box 5088 |
| 3 | Sacramento, CA 95817 |
|  | Telephone: (916) 454-3111 |
| 4 | Facsimile: (916) 454-3131 |
| 5 | Attorneys for Plaintiff |

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DEDRA ROSS** ) | Case No. CIV 09-1742 CMK |
| ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from June 11, 2010, to July 14, 2010.   Defendant's briefing schedule will be adjusted accordingly.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: June 11, 2010 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: June 14, 2010

BENJAMIN B. WAGNER
United States Attorney

LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Jacob M. Mikow*
JACOB M. MIKOW
Special Assistant U.S. Attorney
(*Approved via email dated June 14, 2010)
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 15, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2