**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEDRA ROSS, | No. CIV S-09-1742-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On June 16, 2010, the court approved Plaintiff's stipulation extending the time for filing a motion for summary judgment to July 14, 2010. However, by July 23, 2010, no motion for summary judgment had been filed. The court then issued an order to show cause why this action should not be dismissed for Plaintiff's failure to file a dispositive motion.

Plaintiff responded to the order to show cause by filing a response with a request for additional time due to counsel's excusable neglect. Counsel indicated that opposing counsel had no objection to her late filed motion. Plaintiff also requested one additional extension of time, to August 20, 2010, to file the motion for summary judgment. Said motion has now been

filed.

      Good cause appearing therefor, the order to show cause is discharged, and Plaintiff's motion for summary judgment is deemed properly filed.

      IT IS SO ORDERED.

DATED: September 30, 2010

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE